**Eloise INGRAHAM, as next friend etc., et al., Plaintiffs-Appellants,**

v.

**Willie J. WRIGHT, I, Individually, etc., et al., Defendants-Appellees.**

No. 73–2078.

United States Court of Appeals, Fifth Circuit.

Nov. 27, 1974.

Alfred Feinberg, Miami, Fla., for plaintiffs-appellants.

Frank A. Howard, Jr., Thomas G. Spicer, Leland Stansell, Jr., James A. Smith, Miami, Fla., for defendants-appellees.

ON PETITION FOR REHEARING AND PETITION FOR RE-HEARING EN BANC

Before BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, RONEY and GEE, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service

having voted in favor of granting a re-hearing en banc.

It is ordered that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.